614

371 A.2d 247
LaRocca, Appellant, v. LaRocca, et al.

Argued March 16, 1976. Leonard Schaeffer, with him James D. Rosen, for appellant; Howard T. Gathright, and Pratt, Clark, Gathright & Price, for appellees.

Decree affirmed.

CERCONE, J., absent.

371 A.2d 248
Leeper v. Leeper, Appellant.

Argued March 22, 1976. John W. Donaghy, with him Gerald M. Hershenson, for appellant; Charles O. Marte, Jr., with him Wood & Floge, for appellee.

OPINION PER CURIAM: Order affirmed. Having made an independent review of the entire record, we are of the opinion that the court below properly entered a decree in divorce in this case.